UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 22-10190-RGS

NIMCHI ALEXANDRE

v.

DEPARTMENT OF HOMELAND SECURITY, et al.

ORDER

March 15, 2022

STEARNS, D.J.

    Immigration detainee Nimchi Alexandre, who is confined at the Plymouth County Correctional Facility ("PCCF"), has filed a petition for a writ of habeas under 28 U.S.C. § 2241 in which he seeks a bond hearing. Alexandre names the Department of Homeland Security, Immigration and Customs Enforcement, the Plymouth County Sheriff's Department, and PCCF Superintendent Antone Moniz as respondents. Alexandre has paid the filing fee.

    Upon review of the petition, the court hereby orders:

    1.    Superintendent Moniz shall be the sole respondent in this action. *See Rumsfeld v. Padilla*, 542 U.S. 426, 439 (2004) (immediate custodian of petitioner is proper respondent in habeas action); *Vasquez v. Reno*, 233 F.3d

688, 696 (1st Cir. 2000) (same, as applied to immigration detainee).  The case title of this action shall be changed accordingly.

  2. The clerk shall serve a copy of the petition upon the respondent and the United States Attorney for the District of Massachusetts.

  3. The respondent shall, no later than twenty-one (21) days from the date of this order, file a response to the petition.

        **SO ORDERED.**

        /s/ Richard G. Stearns
        _____
        UNITED STATES DISTRICT JUDGE